| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: James Rentzel | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Pedro AVILA-RAMIREZ

Case No. 25-30158

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 14, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about March 14, 2025, in the Eastern District of Michigan, Pedro AVILA-RAMIREZ, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 11, 2021, at or near Casa Grande, Arizona, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_Complainant's signature_

James A. Rentzel, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

_Judge's signature_

Date: __March 19, 2025__

City and state: __Detroit, Michigan__

Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, James A. Rentzel, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since July 23, 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Pedro AVILA-RAMIREZ, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Pedro AVILA-RAMIREZ is a fifty-two-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On July 13, 2012, AVILA-RAMIREZ was encountered by the United States Border Patrol near Chesterfield, MI and was issued a Warrant/Notice to Appear. AVILA-RAMIREZ's case was administratively closed by an Immigration Judge on 01/04/2017, because he failed to appear.

5.      On May 2, 2018, AVILA-RAMIREZ was encountered by the United States Border Patrol near Chesterfield, MI and his original Warrant/Notice to Appear was re-calendared with the immigration court.

6.      On February 22, 2019, AVILA-RAMIREZ was granted a Voluntary Departure by an Immigration Judge in Detroit, Michigan.

7.      On June 21, 2019, AVILA-RAMIREZ's Voluntary Departure was confirmed through Detroit, Michigan on a Delta Airlines flight to Mexico.

8.      On January 4, 2020, AVILA-RAMIREZ presented himself to the San Ysidro Port of Entry to claim asylum with a credible fear appointment. AVILA-RAMIREZ was found to be inadmissible and was processed as an Expedited

Removal. He was transferred to the Otay Mesa Detention Center in San Diego, California.

9. On or about May 28, 2020, an Immigration Judge denied AVILA-RAMIREZ's asylum claim and ordered AVILA-RAMIREZ removed from the United States to Mexico.

10. On or about June 4, 2020, AVILA-RAMIREZ was removed from the United States to Mexico through the San Ysidro, California port of entry.

11. On September 13, 2020, AVILA-RAMIREZ was arrested by Carrizo Springs (Texas) Border Patrol Station and was removed on the same date as the apprehension.

12. On March 31, 2021, AVILA-RAMIREZ was arrested by Casa Grande (Arizona) Border Patrol Station and was removed on the same date as the apprehension.

13. Just days later, on or about April 11, 2021, AVILA-RAMIREZ was arrested by Casa Grande (Arizona) Border Patrol Station and was removed on the same date as the apprehension.

14. On March 14, 2025, AVILA-RAMIREZ was encountered by United States Border Patrol agents near Shelby Township, Michigan. AVILA-RAMIREZ's prior order of removal was reinstated.

15. Review of the alien file (A# xxx xxx 125) for AVILA-RAMIREZ, and queries in U.S. Border Patrol computer databases confirm no record exists of AVILA-RAMIREZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on April 11, 2021.

16. Based on the above information, I believe there is probable cause to conclude that Pedro AVILA-RAMIREZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

James A. Rentzel, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

March 19, 2025